UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division
Office of the Clerk

*Wendy R. Oliver, Clerk*　　　　　　　　　　　　　　　　　　　　　*Deputy-in-Charge*
*242 Federal Building*　　　　　　　　　　　　　　　　　　*U. S. Courthouse, Room 262*
*167 N. Main Street*　　　　　　　　　　　　　　　　　　　　*111 South Highland Avenue*
*Memphis, Tennessee 38103*　　　　　　　　　　　　　　　　*Jackson, Tennessee 38301*
*(901) 495-1200*　　　　　　　　　　　　　　　　　　　　　　　　　　　*(713) 421-9200*

---

NOTICE OF SETTING
Before Judge Mark S. Norris, United States District Judge

---

January 9, 2024

RE:　　2:23cr20191-MSN
　　　　*USA v. EMMITT MARTIN, III, TADARRIUS BEAN, DEMETRIUS HALEY, JUSTIN SMITH*

Dear Sir/Madam:

A **REPORT DATE** has been **SET** on **WEDNESDAY, JANUARY 10, 2024** at **09:30 AM** in **Courtroom 4, 9th floor of the Federal Building, Memphis, Tennessee**.

The court is not requiring the defendants attendance, however will leave that decision to the discretion of each attorney.

If you have any questions about this matter, please contact the case manager at the telephone number provided below.

　　　　　　　　　　　　Sincerely,
　　　　　　　　　　　　WENDY R. OLIVER, CLERK

　　　　　　　　BY:　　S/ *Zandra Frazier*
　　　　　　　　　　　　Zandra Frazier, Case Manager
　　　　　　　　　　　　901-495-1277
　　　　　　　　　　　　E-mail: zandra_frazier@tnwd.uscourts.gov