IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                      CR. NO. 2:23-cr-20191-MSN-5

EMMITT MARTIN, III,
TADARRIUS BEAN, DEMETRIUS
HALEY, DESMOND MILLS, JR.,
AND JUSTIN SMITH

    Defendants.

---

DEFENDANT, JUSTIN SMITH'S, NOTICE OF JOINDER TO DEFENDANT,
TADARRIUS BEAN'S, NOTICE OF WITHDRAWAL AGREEMENT TO ALL
STIPULATIONS TO AUTHENTICITY AND ADMISSIBILITY OF EVIDENCE
[ECF NO. 547]

---

    COMES NOW the Defendant, Justin Smith, by and through his counsel of record, Martin Zummach, and files this his Notice of Joinder and would state as follows:

    1.    Justin Smith adopts the analysis, reasoning and legal arguments offered by counsel for Defendant, Tadarrius Bean, in his Notice of Withdrawal of Agreement to All Stipulations to Authenticity and Admissibility of Evidence [ECF No. 547] filed on September 6, 2024.

    2.    Justin Smith states that the arguments contained in Defendant Bean's Notice of Withdrawal of Agreement to All Stipulations to Authenticity and Admissibility of Evidence apply equally to him, and as such, adopts same as if copied verbatim herein.

Respectfully Submitted,

SPARKMAN-ZUMMACH, P.C.

S/Martin Zummach
Martin Zummach, #16352
Attorney for Defendant, Justin Smith
7125 Getwell Road, Ste. 201
Southaven, MS 38671
662-349-6900

CERTIFICATE OF SERVICE

The undersigned certifies that on the 6th day of September, 2024, a copy of the foregoing document was electronically filed with court clerk using the ECF System, and that upon filing, a copy will be sent via the Court's ECF System to all registered parties in this case.

*S/Martin Zummach*