# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.   Case No. 2:23-cr-20191-MSN-cgc

TADARRIUS BEAN,
DEMETRIUS HALEY, and
JUSTIN SMITH,

    Defendants.

## PROTECTIVE ORDER

Upon the parties' motion and for good cause shown, the Court orders the following protective measures regarding defense access to certain records and information (hereinafter the "Material") from potential law enforcement witness's personnel files related to allegations and findings of misconduct:

(a) defendants and defense counsel may not provide the Material to anyone other than authorized persons defined as defendants, defense counsel, their respective employees and any person retained by counsel to assist in the preparation, trial, or appeal of this criminal action (or any collateral civil matter arising directly from this criminal action), including their consultants, agents, experts, and investigators.  With respect to such persons, the Material shall be disclosed to the person only to the extent necessary to perform the work for which the person was retained; and the person shall not keep the Material after his or her work related to this criminal action has concluded;

(b) should defendants or defense counsel need to file any motion, pleading, or other notice referencing the Material, they must file any such document under seal; and

(c) upon termination of this action and any appeal, or at the conclusion of counsel's representation of any defendant, whichever occurs first, counsel for such defendant shall return the Material to the government or shall certify that said materials have been destroyed.

Any modification to the terms of this order must be approved by the Court.

**IT IS SO ORDERED**, this 8th day of September, 2024.

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE