IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Criminal No. 2:23-cr-20191-MSN |
| TADARRIUS BEAN, *et al.*, | ) |
| Defendants. | ) |

**GOVERNMENT'S MOTION TO SEAL ITS MOTION IN LIMINE TO PRECLUDE ADDITIONAL IMPROPER DEFENSE ARGUMENT ABOUT, OR REFERENCE TO, IRRELEVANT VIDEO FOOTAGE**

The United States moves to seal its Motion *in Limine* to Preclude Additional Improper Defense Argument About, or Reference to, Irrelevant Video Footage. Local Rule 8.1 states that it is the policy of this District Court to allow any party to file a document under seal. The Court can subsequently decide precisely how long a sealed filing will remain under seal.

The parties in this case have filed various documents under seal, most notably those related to disputes over the admissibility of materials provided in discovery. The Government's Motion *in Limine* references a sealed order in this case; as a result, the Government will file the Motion under seal.

Respectfully submitted,

KEVIN G. RITZ
United States Attorney

DAVID PRITCHARD
ELIZABETH ROGERS

        Assistant United States Attorneys
        167 N. Main Street, Ste. 800
        Memphis, TN 38103

        KRISTEN CLARKE
        Assistant Attorney General
        Civil Rights Division
        U.S. Department of Justice

By:  <u>s/ Forrest Christian</u>
       FORREST CHRISTIAN
       Deputy Chief
       KATHRYN E. GILBERT
       Special Litigation Counsel
       950 Pennsylvania Ave., NW
       Washington, DC 20530
       (202) 616-2430
       Forrest.Christian@usdoj.gov

## CERTIFICATE OF SERVICE

  I, Forrest Christian, hereby certify that on the date below, I electronically filed the foregoing with the Clerk of Court for the Western District of Tennessee via the Electronic File System which sent notification of said filing to defense counsel.

s/Forrest Christian
FORREST CHRISTIAN
September 12, 2024

3