✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Western **DISTRICT OF** Tennessee

United States of America

V.

Taddarrius Bean, et al.

## EXHIBIT AND WITNESS LIST

Case Number: 2:23-CR-20191-01-MSN

| PRESIDING JUDGE<br>Mark S. Norris | PLAINTIFF'S ATTORNEY<br>Forrest Christian, Elizabeth Rogers, Kathryn Gilbert, Andrew Manns | DEFENDANT'S ATTORNEY<br>John Perry, Kevin Whitmore, Andre Thomas, Michael Stengel, Stephen Leffler, Martin Zummach |
|---|---|---|
| Garrity Hearing:<br>September 13, 2024 | COURT REPORTER<br>Lisa Mayo | COURTROOM DEPUTY<br>Zandra Frazier |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 9/13/2024 | | | Christopher Paige |
| | A | 9/13/2024 | ✓ | ✓ | MPD Policy and Procedures Section: Reponse to Resistance |
| B | | 9/13/2024 | ✓ | ✓ | MPD: Garrity Advisory Form  (Filed Under Seal) |
| C | | 9/13/2024 | ✓ | ✓ | MPD: Haley's Response to Resistance Report  (Filed Under Seal) |
| | ✓ | 9/13/2024 | | | Demetrius Haley |
| | D | 9/13/2024 | ✓ | ✓ | MPD: Written Reprimand   (coll 2 -pages) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages