```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE WESTERN DISTRICT OF TENNESSEE
                       WESTERN DIVISION
```

UNITED STATES OF AMERICA,

    Plaintiff,

VS.

                                                         NO. 23-20191-02-MSN

TADARRIUS BEAN,

    Defendant.

## ORDER TEMPORARILY REVOKING BOND

Before the Court is the government's oral motion to revoke the bond of defendant Tadarrius Bean. For good cause shown, the motion is GRANTED. Defendant Tadarrius Bean's bond is hereby temporarily revoked. Upon oral motion of defense counsel, a **Detention Hearing** is set for **Monday, October 7, 2024 at 1:30 P.M. before Judge Mark S. Norris.** Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.

IT IS SO ORDERED this 3rd day of October, 2024.

                                            *s/ Mark S. Norris*
                                            MARK S. MORRIS
                                            UNITED STATES DISTRICT JUDGE