# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cr. No. 2:23-cr-20191-MSN |
| | ) |
| TADARRIUS BEAN | ) |
| | ) |
| Defendant. | ) |

## ORDER GRANTING MOTION FOR EXTRAORDINARY RELIEF

Before the Court, by way of Order of Reference (D.E. # 785) is Defendant Tadarrius Bean's Motion for Extraordinary Relief (D.E. # 784)  Defendant Bean asks the Court to modify his release and detention order and order releasing Defendant on same bond after trial (D.E. # 18 and 655) regarding the home detention and GPS location monitoring requirements.  The United States has not filed a response to the motion[1].

The motion is GRANTED.  Defendant Bean's conditions are modified from home detention to curfew.  The location monitoring protocol will be left to the discretion of the Pretrial Services Office.

IT IS SO ORDERED this 4th day of March, 2025.

s/Charmiane G. Claxton
CHARMIANE G. CLAXTON
UNITED STATES MAGISTRATE JUDGE

---

[1] There is no certificate of consultation as required by LCrR 12.1 (a) indicating consultation with the Assistant United States Attorneys of record on the case.