UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
*Western Division*
*Office of the Clerk*

*Wendy R. Oliver, Clerk*                                *Deputy-in-Charge*
*242 Federal Building*                             *U.S. Courthouse, Room 262*
*167 N. Main Street*                                *111 South Highland Avenue*
*Memphis, Tennessee 38103*                     *Jackson, Tennessee 38301*
*(901) 495-1200*                                      *(731) 421-9200*

---

**NOTICE OF SETTING**
Before Chief Judge Sheryl H. Lipman, United States District Judge

---

June 16, 2025

RE:     **2:23-cr-20191-SHL**
         **USA v. (1) Emmitt Martin, III**
                 **(2) Tadarrius Bean**
                 **(3) Demetrius Haley**
                 **(4) Desmond Mills, Jr.**
                 **(5) Justin Smith**

Dear Sir/Madam:

A **STATUS CONFERENCE has been SET for FRIDAY, JUNE 20, 2025** at **10:00 A.M.** before **Chief Judge Sheryl H. Lipman** in **Courtroom No. 1, 11th floor of the Federal Building, Memphis, Tennessee.**

As to defendants on bond, failure to appear without leave of court will result in a forfeiture of appearance bond and issuance of a warrant for arrest.

If you have any questions, please contact the case manager at the number provided below.

                                            Sincerely,
                                            WENDY R. OLIVER, CLERK
                                            BY:     *s/Melanie Mullen*,
                                                    Case Manager for Chief Judge Sheryl H. Lipman
                                                    901-495-1255
                                                    melanie_mullen@tnwd.uscourts.gov