

U.S. Department of Justice

*United States Attorney*
*Western District of Tennessee*

---

*167 North Main Street, Suite 800*                                *Telephone (901)544-4231*
*Memphis, Tennessee 38103*                                         *Fax (901)544-4230*

July 7, 2025

William Massey
3074 East St.
Memphis, TN 38128

Stephen Ross Johnson
Catalina L.C. Goodwin
606 West Main Street Suite 300
Knoxville, TN 37902

John Keith Perry
5699 Getwell Rd. Bldg. G5
Southaven, MS 38672

Kevin Whitmore
363 Lida Lane
Cordova, TN 38018
901-461-1039

Michael Stengel
619 South Cooper St.
Memphis, TN 38104

Stephen R. Leffler
2670 Union Avenue Ext Suite 819
Memphis, TN 38112

Martin Zummach
7125 Getwell Rd. Ste. 201
Southaven, MS 38672
662-349-6900

Blake Ballin
200 Jefferson Ave. Ste. 1250
Memphis, TN 38103

Re: *United States vs. Emmitt Martin et al.*
Cr. No. 2:23-cr-20191-MSN

Counsel:

This letter is in response to the requests for additional information in this case beyond that provided in the sealed filing at ECF 846. The Government would share the following:

1. A law clerk for U.S. District Court Judge Mark S. Norris, R.L., was the victim of an auto theft, especially aggravated burglary and an attempted murder on October 8, 2024. The Memphis Police Department (MPD) began an investigation of the incident. We are providing the limited portions of the investigative file in our possession as part of this disclosure. This includes some offense reports and video clips.

2. On or about Oct. 16, 2024, Judge Norris spoke to Criminal Chief Beth Boswell for the first time about the shooting. Judge Norris indicated that he did not understand why the United States Marshals Service (USMS) and the Federal Bureau of Investigation (FBI) were not involved in the investigation of the shooting of R.L. Criminal Chief Boswell explained that, based on what she knew to date, no federal crime had been committed. Judge Norris stated that it was a federal crime because as a federal judge, he asked R.L. to come to Memphis to work on the above-styled case. Criminal Chief Boswell explained why that did not qualify as a federal nexus.

3. Damage to the Odell Horton Federal Building from possible bullet strikes was reported on or about Oct. 21, 2024.

4. Sometime between that date and Nov. 15, 2024, Judge Norris was permitted entry to the U.S. Attorney's Office by the front desk receptionist. Criminal Chief Boswell encountered Judge Norris in the hallway. He stated that as head of the Facility Security Committee, he was looking for additional damage from possible bullet strikes. At this time, Judge Norris indicated to Criminal Chief Boswell that federal investigators had not

taken a statement from him regarding the shooting of R.L. Criminal Chief Boswell offered to facilitate a statement to MPD investigators. Judge Norris stated that he could not meet with any member of the Memphis Police Department to give a statement regarding the shooting of his clerk, as MPD was "infiltrated to the top with gang members."

5. On October 25, 2024, the USMS prepared a Report of Investigation on the shooting of R.L. That report is included in this disclosure.

6. There was no additional communication with management of this Office from Judge Norris regarding the shooting of R.L. until May 30, 2025. The substance of that conversation was reported in the sealed filing at ECF 846. No additional meetings subsequent to May 30, 2025, have occurred between Judge Norris and management of this Office regarding the shooting of R.L.

7. Criminal Chief Boswell emailed Judge Norris on June 11, 2025, in response to an inquiry by Judge Norris regarding potential federal financial charges in the shooting of R.L. That email is included in this disclosure.

8. This office has no information to substantiate the allegation that a defendant in this case is a gang member. Previously provided in discovery at US_00046715 to US_00046724 is the statement of Defendant Mills that Defendant Haley was recognized by gang members.

9. This office has no information to substantiate the allegation that anyone in leadership of the MPD is a gang member.

        Very truly yours,

        JOSEPH C. MURPHY, JR.
        Interim United States Attorney

By:    s/David Pritchard
        DAVID PRITCHARD
        Assistant United States Attorney
        167 N. Main Street, Ste. 800
        Memphis, TN 38103
        (901) 544-4231

cc:    Clerk of the Court (W.D. Tenn.)

## CERTIFICATE OF SERVICE

I, David Pritchard, hereby certify that the on the date below, I electronically filed the foregoing with the Clerk of Court for the Western District of Tennessee via the Electronic File System which sent notification of said filing to: counsel for defendants.

s/ David Pritchard<br>
DAVID PRITCHARD<br>
July 7, 2025