# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cr. No. 2:23-cr-20191 |
| | ) | |
| EMMITT MARTIN, III, et. al. | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO WITHDRAW

COMES NOW the undersigned counsel, pursuant to Local Rule 83.5 of the Western District of Tennessee, and files this motion to withdraw as counsel on behalf of the United States of America in this cause and be removed from the distribution list.

Respectfully submitted,

D. MICHAEL DUNAVANT
UNITED STATES ATTORNEY
WESTERN DISTRICT OF TENNESSEE

By:    s/William Joshua Morrow
       WILLIAM JOSHUA MORROW
       TN No. 026779
       Assistant United States Attorney
       109 South Highland Avenue, Suite 300
       Jackson, Tennessee 38301
       (731) 422-6220
       Josh.Morrow@usdoj.gov

1

<u>CERTIFICATE OF SERVICE</u>

I, WILLIAM JOSHUA MORROW, do hereby certify that a true and exact copy of the

foregoing motion has been electronically submitted to all counsel of record.

this the 6th day of November, 2025.

s/William Joshua Morrow
WILLIAM JOSHUA MORROW
TN No. 026779
Assistant United States Attorney
