IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No. 2:23-cr-20191-MSN |
| ) | |
| ) | |
| **EMMITT MARTIN, III,** *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MOTION TO WITHDRAW AS
## COUNSEL FOR THE UNITED STATES

Pursuant to Local Rule 83.5 for the Western District of Tennessee, the undersigned attorney files this motion to withdraw as counsel on behalf of the United States. As of February 4, 2026, Forrest Christian will no longer be employed by the Department of Justice and, accordingly, should be granted leave to withdraw from this matter and should be removed from the distribution list. The United States will continue to be represented by prosecutors from the U.S. Attorney's Office and the Civil Rights Division of the Department of Justice.

Respectfully submitted,

D. MICHAEL DUNAVANT
United States Attorney

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

By:   s/ Forrest Christian
FORREST CHRISTIAN
Deputy Chief
950 Pennsylvania Ave., NW

1

Washington, DC 20530
(202) 305-5222
Forrest.Christian@usdoj.gov

## CERTIFICATE OF SERVICE

  I, Forrest Christian, hereby certify that the on the date below, I electronically filed the foregoing with the Clerk of Court for the Western District of Tennessee via the Electronic File System which sent notification of said filing to defense counsel.

<u>s/Forrest Christian</u><br>
FORREST CHRISTIAN

February 2, 2026